IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 3:19mj 143 |
| ) | |
| v. ) | |
| ) | |
| WILLIAM A. RINALDI-DIAZ, ) | |
| ) | |
| *Defendant.* ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, WILLIAM A. RINALDI-DIAZ, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

### (Citation No. 9494263)

On or about October 12, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, WILLIAM A. RINALDI-DIAZ, was found operating a motor vehicle under the influence of alcohol, with a blood alcohol concentration of 0.13 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections 18.2-266 and 18.2-270 et seq.)

                        G. ZACHARY TERWILLIGER
                        UNITED STATES ATTORNEY

By: _____/s/_____
      Gabrielle S. Heim
      Special Assistant United States Attorney
      United States Attorney's Office
      919 East Main Street, Suite 1900
      Richmond, VA 23219
      Phone: (804) 765-1542
      Fax: (804) 765-1950
      gabrielle.s.heim.mil@mail.mil